**No. 58823.**—Bluefries New York, Inc. *v.* United States, protest 229506–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence of compliance with the regulations covering free entry of American

merchandise, the protest was overruled, following *Maple Leaf Petroleum, Ltd.* v. *United States* (25 C. C. P. A. 5, T. D. 48976).